

FILED
CLERK, U.S. DISTRICT COURT
SEP - 8 2023
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>2) SALVADOR LOPEZ<br>DEFENDANT(S). | CASE NUMBER<br>8:13-cr-00145-RGK<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __Monday__, __Sept. 11, 2023__, at __2:00__ ☐ a.m. / ☒ p.m. before the Honorable __John D. Early__, in Courtroom __6A__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*


Dated: __09/08/2023__        /s/ Autumn D. Spaeth
                             U.S. Magistrate Judge